John E. Walker, SBN: 166270
E-Mail: jwalker@sacrowalker.com
SACRO & WALKER LLP
700 North Brand Boulevard, Suite 610
Glendale, California 91203
Tel.: (818) 721-9597; Fax: (818) 721-9670

Attorneys for Plaintiff,
THE NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>CAMMILLE FARMER, TERESA HERD, and COMMUNITY FUNERAL DIRECTORS & CREMATIONS INC.<br>  Defendants. | Case No.: 2:21-cv-00762-VAP-AS<br><br>**NOTICE OF SETTLEMENT** |

1

# NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the Parties to this action have reached an agreement as to distribution of the insurance proceeds at issue. The settlement is in the process of being documented. It is anticipated that a stipulation or motion to dismiss consistent with the settlement reached, and for an order dismissing all claims against all parties and disposing of this matter in its entirety, will be submitted jointly by all parties within 60 days. It is therefore, respectfully requested that all pending deadlines, including a ruling on New York Life's pending motion to interplead the disputed funds and for other relief and all scheduled appearances, be stayed.

Dated: October 26, 2021                     **SACRO & WALKER LLP**

                                            By: */s/ John E. Walker*
                                                John E. Walker
                                                Attorneys for Plaintiff,
                                                THE NEW YORK LIFE
                                                INSURANCE COMPANY